IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNY D. CARRIGG** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:22-cv-00264-BWR** |
| **TYRONE NELSON** | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant Tyrone Nelson's Motion [36] for Summary Judgment is **GRANTED**. This civil action is **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff Johnny D. Carrigg's Motion [39] to Amend Jury Demand is **DENIED AS MOOT** as to the request for a jury demand.

**SO ORDERED AND ADJUDGED,** this 10th day of July, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE